In the Matter of the Claim of ANGELO ROSATI, Respondent, against DESPATCH SHOPS, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Submitted December 2, 1948; decided January 6, 1949.

*Myer Braiman* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Gilbert M. Landy* and *Roy Wiedersum* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.